AMADO-HERNANDEZ: AGUILAR
#1422199, James V Allred Unit
2101 FM 369 N.
Iowa Park, Texas
76367-6568

80,811-02

Mon. JAN/05/2015
2:pm

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 09 2015

Abel Acosta, Clerk

COURT OF CRIMINAL APPEALS OF TEXAS
Abel ACOSTA, CLERK
P.O. Box 12308
Austin, Texas
78711

IN RE: AMADO H. AGUILAR - Vs - THE STATE OF TEXAS
ON CAUSE NO. 57-88A1.

Dear MR. ACOSTA;

SIR, on or about November 11, 2014. I in the above Style and number cause prepared and mailed out my 11.07 Application to the DISTRICT Clerk: HARVEY VORNSAND AT 400 spring street, Room 210E, Columbus, Texas 78934 — [Colorado County], by CERTIFied MAIL: 7013 0600 0000 5190 5657

CLERKS CERTIFICATE OF Notification of Application OF Habeas Corpus ON CAUSE NO. # 57-88A reads That IN November 18, 2014 my Application had been Received And filed for the Record, AND That The Trial Court had made No Finding on The WRIT of Habeas Corpus, filed, December 17, 2014

My understanding with MR. HARVEY VORNSAND, DISTRICT Clerk, Colorado County's (Letter) dated

1. of 5

For December 8, 2014 — prepared with certified documents
For December 17, 2014 — Nine (9) days before.

In his December 8, 2014 letter addressed to me He
makes this statement as quoted.

December 8, 2014
In Re: Reference to your writ of Habeas.

Mr. Amado - Hernandez Aguilar #1422179
James v. Allred Unit
2101 FM 369 North
Iowa Park, Texas

Dear Mr. Aguilar,

I received your letter today regarding your writ of Habeas
Corpus. Once I file it, I have Thirty-Five days
to prepare and send it to the Court of Appeals in Austin.
Enclosed is the letter that would have been mailed to you
on the 17th of December, letting you know that it was
prepared in a timely manner.

Sincerely

Harvey Vohnsand
District Clerk

By _____, Deputy
Linda Holman

Enclosed that letter I also received this Document.

CLERK'S CERTIFICATE OF NOTIFICATION OF APPLICATION OF HABEAS CORPUS.

CAUSE NO. # 57-88 A

| AMADO HERNANDEZ AGUILAR | | IN 2nd 25th THE DISTRICT COURT |
| VS. | | OF |
| STATE OF TEXAS | | COLORADO COUNTY, TEXAS |

This is to certify that the above numbered and entitled post-conviction application for the writ of Habeas corpus was filed in the court on the 18th day of, November, 2014, and that a copy of said petition was served upon the District Attorney on the 18th day of November, 2014.

The trial court made no finding on the writ of Habeas corpus.

So Certified this the 17th day of December, 2014.

HARVEY WONSONY
DISTRICT CLERK
COLORADO COUNTY, TEXAS

By _____ Deputy

As of the 25th of December 2014. The petition should have already been received and filed by your court.

Will you please give NOTICE by WHITE CARD As to when you did receive my 11107 Application on Cause No. 57-88 A1. As required by Rules of Appellate Procedure To The General Provisions.

Rule 25. filing and service, (a) filing

(a)(1) Filing with The Clerk..

2(2) filing: Method AND Timeliness.

(A) IN General.

(B) A brief or appendix.

(C) Inmate Filing.

See, Title 28 U.S.C. § 1746.

INMATE DECLARATION

I, AMADO HERNANDEZ AGUILAR, APPLICANT on CAUSE NO. 57-88/06-138 being presently incarcerated in, The James V Allred Unit at, 2101 FM 369 N., Iowa Park, Texas 76367-6568, Do Declare under penalty of perjury That This January 05, 2015 Letter Addressed To The Court of Criminal Appeals of Texas, Abel ACOSTa, Clerk is True AND Correct To The best of my Knowledge is signed, on January 05, 2015

Amado-Hernandez: Aguilar<br>
Signature of Applicant on<br>
Trial Court Cause No. 57-88

— — —

I, HEREBY, CERTIFY THAT ON THIS JANUARY, 05, 2015.

This original letter dated for the date hereinabove was DELIVERED AND MAILED To Mr. Abel Acosta, Clerk, by First-Class prepaid postage To The Following:

1. COURT OF CRIMINAL APPEALS OF TEXAS
Abel Acosta, Clerk
P.O. Box 12308
Austin, Texas 28711